Whitney E. Street (SBN 223870)
**Block & Leviton LLP**
610 16th Street, Suite 214
Oakland, California 94612

(415) 969-8999 phone
whitney@blockesq.com

Jason M. Leviton
Jacob A. Walker (SBN 271217)
Joel A. Fleming (SBN 281264)
**Block & Leviton LLP**
155 Federal Street, Suite 400
Boston, Massachusetts 02110

(617) 398-5600 phone

jason@blockesq.com
jake@blockesq.com
joel@blockesq.com

*Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Edward J. Davila
1/13/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emil Frank, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Apple Inc.<br><br>　　　　　Defendant. | Case No. 5:16-cv-05217-EJD<br><br>**Notice of Voluntary Dismissal** |

Plaintiff Emil Frank, by and through his attorneys, hereby voluntarily dismisses this action with prejudice as to himself and without prejudice to the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

January 13, 2017

**Block & Leviton LLP**

/s/ Jacob A. Walker
Jacob A. Walker (SBN 271217)
Jason M. Leviton
Joel A. Fleming (SBN 281264)
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone

jake@blockesq.com
jason@blockesq.com
joel@blockesq.com

Whitney E. Street (SBN 223870)
**Block & Leviton LLP**
610 16th Street, Suite 214
Oakland, California 94612
(415) 969-8999 phone

whitney@blockesq.com

*Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that on January 13, 2017, I caused this document to be served on Apple Inc. through its counsel, David M. Walsh, Esq., Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017, DWalsh@mofo.com, via electronic mail and first class mail. I declare under the penalty of perjury that the above is true. Executed on January 13, 2017, in Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker